

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gianni Versace, S.p.A. , <br><br> Plaintiff(s), <br><br> v. <br><br> The Partnerships, <br><br> Defendant(s). | Case No. 17 C 7869 <br> Judge Sharon Johnson Coleman |

### ORDER

Motion hearing held. Plaintiff's motion for leave to file under seal [6] is granted. Plaintiff's motion for temporary restraining order [9] is granted. Enter Temporary Restraining Order filed under seal. Plaintiff's motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [17] is granted. Status hearing set to 11/21/2017 at 9:00 a.m.

(T: 0:04)

Date: 11/7/2017

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge