IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., ) | |
| ) | Case No. 17-cv-7869 |
| Plaintiff, ) | |
| ) | **Judge Sharon Johnson Coleman** |
| v. ) | |
| ) | **Magistrate Judge Young B. Kim** |
| ZOU YULAN, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gianni Versace, S.p.A. ("Versace") hereby dismisses this action without prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| POLIS Store | 440 |
| youqian19258 | 520 |

Dated this 13th day of November 2017.   Respectfully submitted,

/s/ Justin R. Gaudio
Paul G. Juettner
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*