**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: GIANNI VERSACE, S.p.A., v. ZOU YULAN, et al

Case Number: 17-cv-7869

An appearance is hereby filed by the undersigned as attorney for:

Yitsing, menjifen-0, Chuangbang Store, Uloveido Official Store

Attorney name (type or print): L. Ford Banister, II

Firm: The Law Office of L. Ford Banister, II

Street address: 244 5th Ave, Ste. 1888

City/State/Zip: New York, New York 10001

Bar ID Number: 5446539
(See item 3 in instructions)

Telephone Number: 212-574-8107

Email Address: ford@fordbanister.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 20, 2017

Attorney signature: S/ L. Ford Banister, II
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015