IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., | Case No. 17-cv-7869 |
| Plaintiff, | |
| v. | **Judge Sharon Johnson Coleman** |
| ZOU YULAN, et al., | **Magistrate Judge Young B. Kim** |
| Defendants. | |

**STIPULATION OF DISMISSAL OF DEFENDANT
DONGGUAN COOLSTYLE JEWELRY CO., LTD. WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gianni Versace, S.p.A. ("Versace") and Defendant Dongguan Coolstyle Jewelry Co., Ltd. ("Defendant") hereby stipulate to the dismissal with prejudice of Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs and attorneys' fees.

Dated this 14th day of December 2017.     Respectfully submitted,

/s/ Justin R. Gaudio
Paul G. Juettner
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*

/s/ Adam E. Urbanczyk
Adam E. Urbanczyk
Au, LLC
564 W. Randolph St. 2nd Floor
Chicago, Illinois 60661
(312) 715-7312

*Counsel for Defendant
Dongguan Coolstyle Jewelry Co., Ltd.*